JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lilit Arakelyan, an individual,<br><br>   Plaintiffs,<br><br>   vs.<br><br>Ford Motor Company, a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>   Defendants. | Case No.: 2:20-cv-08469 AB (PVCx)<br><br>MDL No.: 2813-AB-(PVCx)<br><br>Assigned to: Hon. Andre Birotte, Jr.<br>Department: 7B<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS THIS CASE WITH PREJUDICE PER FRCP RULE 41(a)(1)(A)(ii)** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED to be dismissed with prejudice, each side to bear its own costs and attorney's fees.

   **IT IS SO ORDERED**.

Dated: August 05, 2021

_____
JUDGE, UNITED STATES DISTRICT COURT

1